IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN K. RABE, | ) | |
| Plaintiff(s), | ) | No. C 05-3454 TEH (PR) |
| v. | ) | ORDER OF DISMISSAL |
| BPH, et al., | ) | |
| Defendant(s). | ) | |

     John K. Rabe, a prisoner at Pelican Bay State Prison ("PBSP"), filed a pro se prisoner form complaint under 42 U.S.C. § 1983 alleging that he was denied due process at his last Board of Parole Hearings ("BPH") hearing, and seeking a new BPH hearing. Rabe also filed a prisoner form application to proceed in forma pauperis under 28 U.S.C. § 1915.

     Per order filed on January 18, 2006, the court found that Rabe's allegations stated a cognizable § 1983 claim for injunctive relief against BPH, when liberally construed, and ordered the complaint served on BPH. See Jan. 18, 2006 Order at 2 (citing Wilkinson v. Dotson, 125 S. Ct. 1242, 1248 (2005)). The court also granted Rabe's request to proceed in forma pauperis under § 1915, which for prisoners means that Rabe must pay the full filing fee of $250, albeit in installments. See 28 U.S.C. § 1915(b).

Rabe has now written the court that it was not his intention to sue BPH and be charged $250. He wishes to "withdraw[]" his lawsuit and get his "money back." Rabe's letter is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) and, pursuant thereto, the above-captioned matter is DISMISSED without prejudice. See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before the defendants serve an answer or a motion for summary judgment leaves no role for the court to play). Rabe is not entitled to get his "money back," however. A plaintiff must pay the filing fee regardless of whether he pursues his lawsuit and/or succeeds. Nothing in this case compels a different conclusion. The form prisoner civil rights complaint and application to proceed in forma pauperis Rabe filed, along with the request for a certificate of funds in Rabe's account which he returned, made it clear that the cost of proceeding with this prisoner civil rights action under § 1983 was § 250.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:  02/06/06

THELTON E. HENDERSON
United States District Judge